UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN KOPY,

               Plaintiff,

     v.

CITY OF SEATTLE, a municipal corporation;
JOHN DOE SEATTLE POLICE OFFICERS 1-5,

               Defendants.

CASE NO. C05-175C

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

     Having been informed that the parties have reached a settlement in this matter, the Court STRIKES the following motions from the motions calendar:  Defendant City of Seattle's Motion for Partial Summary Judgment (Dkt. No. 16), and Plaintiff John Kopy's Motion to Amend Complaint(Dkt. No. 22).  Should the parties wish to renew these motions, they may do so by filing a written request with the Court.

     DATED this _24th_ day of August, 2005.

                         BRUCE RIFKIN, Clerk of Court

                         By /s/ L. Simle
                               Deputy Clerk

MINUTE ORDER – 1